# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00106-CV
_____

### IN RE CATERPILLAR INC.

_____

### Original Proceeding

_____

### ORDER

Caterpillar Inc. filed a petition for writ of mandamus.  The relator is a defendant in Cause No. E-182,248, *Bowie v. Caterpillar Inc., at al.* Relator seeks a writ compelling the Honorable Donald Floyd, Judge of the 172nd District Court, to vacate his order of December 19, 2012, requiring relator to respond to certain requests for production of documents.  We note our jurisdiction over this matter and the parties.  *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator alleges that the trial court denied relator's motion to reconsider on February 28, 2013, and that prejudice will result if discovery occurs before the issues raised in the petition for writ of mandamus can be resolved.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the production of documents required by trial court's orders of December 19, 2012, and February 28, 2013, in Cause No. E-182,248 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Sharecka Bowie, Individually and as Independent Administratrix of the Estate of Emory Bowie, and on behalf of all wrongful death beneficiaries of Emory Bowie, is due March 18, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED March 7, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.